UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


ANTHONY D. FORSTER,

    Plaintiff,

v.                                       3:06-cv-300

STEPHEN CANTRELL, et al.,

    Defendants.


## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, the court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** for failure to prosecute. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.


    **E N T E R:**

                                                s/ Thomas W. Phillips
                                              United States District Judge


ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
     CLERK OF COURT