UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ANTHONY D. FORSTER,

    Plaintiff,

v.                                                          3:06-cv-300

STEPHEN CANTRELL, et al.,

    Defendants.

## **O R D E R**

This *pro se* prisoner's civil rights action pursuant to 42 U.S.C. § 1983 was dismissed for failure to prosecute when plaintiff failed to respond to the court's order to show cause. Plaintiff has filed a motion to continue the action and to alter or amend the order of dismissal. According to plaintiff, he prepared a response to the show cause order and gave it for mailing to a guard at the facility where he is incarcerated, but the guard deliberately failed to mail the documents. Nevertheless, plaintiff has not informed the court of the basis of his response to the show cause order, nor has he given the court a copy of the response. Accordingly, his motion [Court File No. 26] is **DENIED**.

      **E N T E R:**

                                                           s/ Thomas W. Phillips
                                                           United States District Judge